IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MICHAEL HOBBS**                                                              **PLAINTIFF**

v.                                       No. 2:15-cv-102-DPM

**JANTRAN, INC.**                                                              **DEFENDANT**

JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 June 2016